IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON BALAEZ-VELAZQUEZ
Plaintiff

v.    Civil No. 98-1923(CCC)

MARQUEZ AUTO SALE, INC. ET AL
Defendants

## ORDER

An Evidentiary Hearing on defendant's Motion to Dismiss (Docket No. 8) is hereby set for February 23, 2000, at 2:00 PM.

SO ORDERED.

At San Juan, Puerto Rico, this 14th day of February, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

s/c: I. Cepeda
Y. Roman

2-28-00

notified by phone
Atty: Iris Cepeda (voice mail)
Yolanda Roman
2/22/00

AO 72A
(Rev.8/82)