IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**NELSON BALAEZ-VELAZQUEZ**
**Plaintiff**

v.   Civil No. 98-1923(CCC)

**MARQUEZ AUTO SALE, INC. ET AL**
**Defendants**

### ORDER

On February 14, 2000, an order was issued setting an Evidentiary Hearing on defendant's Motion to Dismiss (Docket No. 8) for February 23, 2000. Due to an inadvertence, the order was not served upon the parties.

Therefore, **the Evidentiary Hearing is hereby reset for March 1, 2000, at 9:45 AM.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 23rd day of February, 2000.

Faxed to:
Atty Cepeda
Atty Roman
2/23/00

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

s/c: I. Cepeda
Y. Roman
2-28-00

AO 72A
(Rev.8/82)