IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON BALAEZ-VELAZQUEZ
Plaintiff

v.                                        Civil No. 98-1923(CCC)

MARQUEZ AUTO SALE, INC. ET AL
Defendants

### ORDER

Defendant's "Motion Requesting Transfer of Evidentiary Hearing for Just Cause" (**Docket No. 22**) is **GRANTED**.

The Evidentiary Hearing previously set for March 1, 2000, is hereby **reset for March 21, 2000, at 10:00 AM**.

**SO ORDERED.**

At San Juan, Puerto Rico, this 29th day of February, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

Parties notified by phone!
sc 2/29/00

s/c: I. Cepeda
  J. Roman

3-6-00