IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON BALAEZ-VELAZQUEZ
Plaintiff

v.                                                          Civil No. 98-1923(CCC)

MARQUEZ AUTO SALE, INC. ET AL
Defendants

## ORDER VACATING SETTING

In view of the parties' stipulation and plaintiff's request for voluntary dismissal, the Evidentiary Hearing set for March 21, 2000, is **VACATED**.

The Clerk of Court will cause this case file to be taken to the attention of the Honorable Carmen C. Cerezo.

The parties' stipulation stands submitted.

**SO ORDERED.**

At San Juan, Puerto Rico, this 20th day of March, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge