IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON BELAEZ-VELAZQUEZ

Plaintiff

vs

MARQUEZ AUTO SALES, INC.
SERVICENTRO MAZDA DE RIO
GRANDE, INC., and
LA LLAVE AUTO SALES, INC.

Defendants

CIVIL 98-1923CCC

ENTERED ON DOCKET
3-30-00
PURSUANT
TO FRCP RULES 58 & 79a

RECEIVED & FILED
00 MAR 30 AM 10:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## JUDGMENT

Having considered the Stipulation for Voluntary Dismissal With Prejudice filed by the parties on March 20, 2000 (**docket entry 26**), the same is APPROVED and this action is hereby DISMISSED, with prejudice and without imposition of costs or attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 29, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c. I. Cepeda
Y. Roman
3-30-00

AO 72A
(Rev.8/82)